UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RODOLFO MARTINEZ-FERNANDEZ (1),) <br> SANTOS RAMOS DUARTE (2), ) <br> ) <br> Defendant. ) <br> ) | Case No. 12CR4920-CAB <br><br> JUDGMENT AND ORDER OF <br> DISMISSAL OF INDICTMENT |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is dismissed in the interest of justice and without prejudice. Defendants shall be released from custody in this case and the bond is exonerated for any defendant currently on bond. Any future hearing dates shall be vacated.

DATED:   4/29/13  .

_____
HONORABLE CATHY ANN BENCIVENGO
UNITED STATES DISTRICT COURT JUDGE